RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Melissa Heil

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00917-NJK |
| Plaintiff, | **Unopposed Motion to Extend NOA Deadline** |
| v. | |
| Melissa Heil, | |
| Defendant. | |

On April 3, 2024, Melissa Heil pled guilty to one count of driving under the influence of drugs.[1] This was pursuant to a plea agreement which advised Ms. Heil:

---

[1] ECF No. 19.

> c. Defendant acknowledges that any final convictions for Operating a Motor Vehicle while Under the Influence of Drugs/Alcohol, Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher, or Operating a Motor Vehicle with Controlled Substance in Blood where an amended plea to a lesser offense is not contemplated or applicable shall be reported to the Nevada Department of Motor Vehicles. Defendant understands that unanticipated or unexpected administrative consequences will not serve as grounds to withdraw defendant's guilty plea[s].[2]

After Ms. Heil was sentenced, it came to her attention that her guilty plea for Operating a Motor Vehicle while Under the Influence of Drugs/Alcohol *was* reported to the DMV.

The parties are investigating how this happened. Ms. Heil requests this Court extend her Notice of Appeal Deadline, currently set for July 16, 2024, out thirty days so that if the parties need to bring it to the Court's attention, this Court is not divested of jurisdiction should Ms. Heil choose to appeal her sentence.

This Court can extend the notice of appeal deadline under Fed. R. App. P. 4(b)(4), which provides that "[u]pon a finding of excusable neglect or good cause, the district court may . . . extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed . . . ." The parties' need for investigation and potential litigation is good cause to extend the notice of appeal deadline so this Court does not lose jurisdiction to rule on such litigation. *See United States v. Sadler*, 480 F.3d 932, 941 (9th Cir. 2007)

---

[2] ECF No. 20, p. 3.

("Once a notice of appeal is filed, the district court loses jurisdiction over a case.") (citing *Griggs v. Provident Consumer Discount Co.,*, 459 U.S. 56, 58 (1982) (per curiam)).

The government does not object.

DATED: July 11, 2024.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                    By:  */s/Benjamin F. J. Nemec*
                                              BENJAMIN F. J. NEMEC
                                              Assistant Federal Public Defender
                                              Attorney for Melissa Heil

IT IS SO ORDERED.
Dated:  July 12, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge