```
UNITED STATES DISTRICT COURT
       DISTRICT OF NEVADA

UNITED STATES OF AMERICA    )
                            ) Case No. 2:23-mj-00917-NJK
            Plaintiff,      )
     vs.                    ) ORDER TEMPORARILY
                            ) UNSEALING NOTES
MELISSA ANN HEIL,           )
                            )
_____Defendant.      )
```

On Tuesday, July 16, 2024, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the Sentencing and Disposition proceeding, held on July 2, 2024, from Marcus Walker from the Office of the Federal Public Defender, in which the proceeding was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Marcus Walker.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this __24th__ day of __July__, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge